**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** FBI

**City** Dracut

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number   26-mj-6325-MPK   **To be docketed as 26-MJ-6333.**

Search Warrant Case Number   25-6567-6570-JGD   **Per order of MJ Paul G. Levenson, 3/25/2026**

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

Defendant Name   BRAD CERULLO          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   79 SOUTH ROAD, UNIT 21, LONDONDERRY, NEW HAMPSHIRE, 03053

Birth date (Yr only): 1997     SSN (last 4#): 5365     Sex: M     Race _____     Nationality: U.S.

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Luke A. Goldworm          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**   79 SOUTH ROAD, UNIT 21, LONDONDERRY, NEW HAMPSHIRE, 03053

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**  ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☐  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/2026          Signature of AUSA: */s/ Luke A. Goldworm*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Brad Cerullo _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2261A(2) | Cyberstalking | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013